UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL-BRIAN: PARRIS-EL,

    Plaintiff,

v.                                              Case No. 05-60130
                                              Hon. John Corbett O'Meara

STATE OF MICHIGAN, et al.

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

    Plaintiff, after receiving a speeding ticket, filed this lawsuit claiming he is a sovereign individual who is not subject to the traffic laws of the State of Michigan.  Defendants filed motions to dismiss on June 23, 2005 and July 18, 2005.  Plaintiff filed a response on August 22, 2005, and Defendants filed reply briefs on September 1, 2005 and September 7, 2005.  The court, having considered these submissions and determined that oral argument is unnecessary, is now prepared to rule.  Plaintiff's mostly incomprehensible complaint does not allege any facts which would constitute a legal cause of action.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff has failed to state a claim upon which relief could be granted.  The case is dismissed.

    Accordingly, **IT IS HEREBY ORDERED** that Defendants City of Rockwood, Michael McNally, James Pelland, and Jason Davis's July 18, 2005 Motion to Dismiss is **GRANTED.**

    **IT IS FURTHER ORDERED** that Defendant State of Michigan's June 23, 2005 Motion to Dismiss is **GRANTED**.

                                s/John Corbett O'Meara
                                John Corbett O'Meara
                                United States District Judge

Dated:  September 26, 2005